IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT ORTEGA | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:04-CV-751-Y |
| | § |
| FOLEY'S DEPARTMENT STORES, | § |
| L.P., ET AL. | § |

<u>FINAL JUDGMENT OF REMAND</u>

Pursuant to the Court's Order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that the above-styled and numbered cause is REMANDED to the 67th Judicial District Court, Tarrant County, Texas, cause no. 067-204928-04. All costs under 28 U.S.C. § 1920 shall be taxed against the defendants.

SIGNED May 2, 2005.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/knv